**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7815**

---

WAYNE JOHNSON,

                                      Plaintiff - Appellant,

       versus

SARA E. FLANNERY, Administrative Agent;
RICHARD L. WILLIAMS, Administrative Minister;
YOUNGBLOOD, DEA Agent; WILLIAM B. ENGLAND,
Drug Investigator; LARRY A. LOVELESS, Drug
Task Force; RANDY BELYEN, U.S. Marshall; JOHN
WALSH, DEA; LISA D. SOMER, DEA; ROBERT
VALENTINE, DEA,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CA-02-294-3)

---

Submitted: February 6, 2003      Decided: February 13, 2003

---

Before WILKINS, MICHAEL, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Wayne Johnson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wayne Johnson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint, which the court properly construed as an action under <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Johnson v. Flannery</u>, No. CA-02-294-3 (E.D. Va. Oct. 18, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>